# **CALENDAR CALL NOTICE**

Counsel of record in the below-captioned cases are hereby notified that the matters have been placed on the quarterly trial calendar call. The calendar call will be held before United States District Judge Mary S. McElroy on 1/17/2025 at 10:00 am via Zoom.

In response to this notice, counsel must either: (1) attend the calendar call at the above-referenced date and time; or (2) file a motion to continue the matter to the next quarterly calendar call, which is scheduled for 4/18/2024 at 10:00 am. A motion to continue the calendar call must be assented to, filed prior to the calendar call, and must conform to the provisions of LR Cr 12 (in criminal cases only) and this notice. If a non-assented to motion to continue is filed, any objection must be filed within 5 days and the matter will remain on the quarterly calendar call.

Counsel attending the calendar call must be prepared to select a date in the forthcoming 90-day period to hold the final pre-trial conference and the trial. Additionally, counsel attending the calendar call should be prepared to provide the Court with an estimate of the trial length.

Date: 12/10/2024

_____
US District Judge

Zoom Information:
htps://www.zoomgov.com/j/1619255150
Meeting ID: 161 925 5150
Passcode: 235250

Criminal Cases:

CR21-24MSM – USA v. John Quincy Adams
CR21-94-08MSM – USA v. Felix Robles
CR22-08-02MSM – USA v Willys Enrique Santana Ramirez
CR22-44MSM – USA v. David Vasbinder
CR22-61MSM – USA v. Shane Rylah
CR22-93MSM – USA v. Jeremy Barton
CR22-95-01MSM – USA v. Sambo Sok
CR22-95-02MSM – USA v. Mayoer Vann
CR23-02MSM – USA v. Mike Kim
CR23-26MSM – USA v. Justin Duffer
CR23-62MSM – USA v. Alessio Dandrea
CR23-81MSM – USA v. Ricgar Pineda Novas
CR23-95MSM – USA v. Nelson Reyes Luciano
CR23-105-01MSM – USA v. Coty Eldred
CR23-105-02MSM – USA v. Marc Dure
CR23-105-03MSM – USA v. John Dailey
CR23-105-04MSM – USA v. Pedro Faberlle
CR23-105-05MSM – USA v. Calvin Tavarez
CR23-105-06MSM – USA v. Charles Lassiter
CR23-111-MSM – USA v. Michael Sellers
CR24-016MSM – USA v. Sean Patrick Stevens
CR24-44-01MSM – USA v. Cyril Murray
CR24-44-02MSM – USA v. Angel Rivera
CR24-44-03MSM – USA v. Andre Williams
CR24-44-05MSM – USA v. Darren Camacho –
CR24-44-06MSM – USA v. Fernando Camacho
CR24-53MSM – USA v. Meagan Shine
CR24-58MSM – USA v Preston Quintanilha
CR24-69MSM – USA v. Julio Diaz
CR24-70-01MSM – USA v. Joemil Torres-Rosario
CR24-70-02MSM – USA v. Thevenyn Nova Rosario
CR24-70-03MSM – USA v. Raymel Esmeraldo Mullix Vasquez
CR24-70-02MSM – USA v. Alberto Rivera
CR24-70-03MSM – USA v. Rochard Robinson
CR24-70-04MSM – USA v. Onix Eduardo

CR23-88MSM – USA v. Jack Ranallo
CR24-89MSM – USA v. Jrui Liu

CIVIL CASES:

CV19-313MSM – Butler v. Martin
CV20-79MSM – Perna v. Brouillard, et al
CV20-144MSM – Stone v. Coyne-Fague
CV20-271MSM – Ogarek v. Quest Diagnostics, LLC et al
CV21-199MSM – Lougee v. Allegiant Air, LLC
CV21-420MSM – Gebo v. LNU – J. Gebo(pro se)
CV22-180MSM – Brousseau v. Town of Little Compton
CV23-63MSM – US Bank v. Furcolo